# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

Paul Papazian

            Debtor(s)

**Chapter** 13
**Case Number:** 23-43621
**Judge:** Lisa S. Gretchko

_____/

## OBJECTION TO MICHIGAN DEPARTMENT OF TREASURY'S PROOF OF CLAIM (PACER NO. 22-1)

    NOW COMES, Paul Papazian, by and through their attorney, Mike Jaafar Law Firm PLLC, in support of their objection to the Michigan Department of Treasury's Proof of Claim filed on October 6, 2023, states as follows:

1. Debtor filed for Chapter 13 relief on April 19, 2023.
2. Creditor, Michigan Department of Treasury, on October 6, 2023, filed a proof of claim No. 22-1 – for unfiled 2021 and 2022 State tax returns.
3. Debtor is disputing that they owe the amounts being claimed because said returns have been filed.
4. Debtor's 2021 State Tax Return shows a refund is owed to the debtor and his 2022 State Tax Return shows a liability of only $581.00.

    WHEREFORE, Debtor respectfully request that this Honorable court sustain their Objection to Michigan Department of Treasury's proof of claim.

Respectfully Submitted,

**MIKE JAAFAR LAW FIRM PLLC**

/s/ David Ienna
David Ienna (P77170)
Attorney for Debtor
Mike Jaafar Law Firm PLLC
23756 Michigan Ave, Suite 309
Dearborn, MI 48124
(888) 324-7629
david@fairmaxlaw.com

Dated: November 28, 2023

# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

Paul Papazian             **Chapter** 13
                                 **Case Number:** 23-43621
           Debtor(s)        **Judge:** Lisa S. Gretchko
_____/

## ORDER GRANTING DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 22-1 FILED BY MICHIGAN DEPARTMENT OF TREASURY

       This matter having come before the Court by way of objection of the Chapter 13 Debtor to the allowance of above-referenced claim and service having been made with a notice of hearing allowing a thirty-three (33) day notice period pursuant to F.R.Bankr.P. 3007, the requisite time having passed without a response having been timely served and the Court being otherwise sufficiently advised in the premises;

       **IT IS HEREBY ORDERED** that Claim No.22-1 is disallowed to the extent it estimates liability for unfiled 2021 State tax returns.

       **IT IS FURTHER ORDERED** that Claim No. 22-1is disallowed in the amount of $4,419.00 for 2022 State Taxes.

       **IT IS FUTHER ORDERED** that the Chapter 13 Trustee is not required to recoup any funds already paid to the Creditor.

*In re:*

Paul Papazian                          **Chapter** 13
                                            **Case Number:** 23-43621
                   Debtor(s)          **Judge:** Lisa S. Gretchko

_____/

## **NOTICE OF OBJECTION TO PROOF OF CLAIM**

The Debtor in the above captioned matter has filed an objection to your claim in this Bankruptcy Case.

<u>Your claim may be reduced, modified, or eliminated</u>. You should read these papers carefully and discuss them with you attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before January 11, 2024, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:

    U.S. Bankruptcy Court-Court Clerk
    211 W. Fort Street
    Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

    You must also mail a copy to:

    1. Mike Jaafar Law Firm PLLC, Attn: David Ienna, 23756 Michigan Ave, Ste 309, Dearborn, MI 48124

    2. David Wm Ruskin, Chapter 13 Trustee, 26555 Evergreen Rd Ste 1100 Southfield, MI 48076.

    3. Attend the hearing on the objection, scheduled to be held on December 7, 2023, at 10:00 a.m. on the 19th floor at 211 West Fort St, Detroit, MI 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor evidence will be received. A pre-trial scheduling order may

be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

Respectfully Submitted,

**MIKE JAAFAR LAW FIRM PLLC**

/s/ David Ienna
David Ienna (P77170)
Attorney for Debtor
Mike Jaafar Law Firm PLLC
23756 Michigan Ave, Suite 309
Dearborn, MI 48124
(888) 324-7629
david@fairmaxlaw.com

Dated: November 28, 2023

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

| | |
|---|---|
| Paul Papazian | **Chapter** 13<br>**Case Number:** 23-43621 |
| Debtor(s) | **Judge:** Lisa S. Gretchko |

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, a copy of **the Objection to Michigan Department Of Treasury (Pacer Claim No. 22-1)**, proposed order, notice to respondent, and this certificate of service was served electronically or by regular United States mail to the following:

**Michigan Department of Treasury**
Bankruptcy Unit, P.O. Box 30168
Lansing, MI 48909

**Michigan Department of Attorney General**
Collections Division
Cadillac Place Building
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 48202

Respectfully Submitted,

**MIKE JAAFAR LAW FIRM PLLC**

/s/ David Ienna
David Ienna (P77170)
Attorney for Debtor
Mike Jaafar Law Firm PLLC
23756 Michigan Ave, Suite 309
Dearborn, MI 48124
(888) 324-7629
david@fairmaxlaw.com

Dated: November 28, 2023